IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-02676-CMA-MJW

DAWANE ARTHUR MALLET,

    Plaintiff,

v.

DAVID OWEN LAW, Correctional Officer,
A. BALSICK, Correctional Officer,
N. LEE, Correctional Officer,
G. SANDUSKY, Correctional Officer, and
RUSSELL KRIST, ADX Captain,

    Defendants.

**ORDER AFFIRMING JANUARY 13, 2014 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

    This matter is before the Court on the January 13, 2014 Recommendation by United States Magistrate Judge Michael J. Watanabe that Plaintiff's Motion for an Emergency Hearing (Doc. # 20) be denied. (Doc. # 26.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

    The Recommendation advised the parties that specific written objections were due within fourteen (14) days after being served with a copy of the Recommendation. (Doc. # 26, at 5.) Despite this advisement, no objections to Magistrate Judge Watanabe's Recommendation were filed by either party.

    "In the absence of timely objection, the district court may review a magistrate [judge's] report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

The Court has reviewed all the relevant pleadings concerning Plaintiff's Motion for an Emergency Hearing and the Recommendation. Based on this review, the Court concludes that Magistrate Judge Watanabe's thorough and comprehensive analyses and recommendations are correct and that "there is no clear error on the face of the record." Fed. R. Civ. P. 72, advisory committee's note. Therefore, the Court ADOPTS the Recommendation of Magistrate Judge Watanabe as the findings and conclusions of this Court.

Accordingly, it is ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 26) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Plaintiff's Motion for Emergency Hearing (Doc. # 20) is DENIED.

DATED: February 3, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge