**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02676-CMA-MJW

DAWANE ARTHUR MALLET,

    Plaintiff,

v.

DAVID OWEN LAW, Correctional Officer,
A. BALSICK, Correctional Officer,
N. LEE, Correctional Officer,
G. SANDUSKY, Correctional Officer, and
RUSSELL KRIST, ADX Captain,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Affirming May 15, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on June 5, 2014 it is

    ORDERED that this case is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute and to obey orders of the Court.

    Dated at Denver, Colorado this 6th day of June, 2014.

                                          FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                            By: s/  A. Thomas
                                          Deputy Clerk